UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 3:23-cv-83

| | |
|---|---|
| STEPHANIE WALKER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF CHARLOTTE, )<br>)<br>Defendant. ) | **DEFENDANT CITY OF CHARLOTTE'S MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE** |

COMES NOW, Defendant City of Charlotte (hereinafter "Defendant"), by and through the undersigned counsel, hereby respectfully moves the Court pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1 for an Order extending the time for Defendant to Reply to Plaintiff's Response [Doc. 16] for seven (7) additional days for good cause shown, up to and including **August 10, 2023** be allowed.

In support of this Motion for Extension of Time, Defendant states as follows:

1. On May 2, 2023, Plaintiff filed their Amended Complaint [Doc. 14].

2. Counsel for Defendant Waived Service of Summons as of May 17, 2023.

3. On July 17, 2023 Defendant timely responded to the Amended Complaint with their Motion to Dismiss and supporting Memorandum of Law [Doc. 15].

4. On July 27, 2023, Plaintiff filed their Response to the Motion to Dismiss [Doc. 16]. Defendant's Reply is now due August 3, 2023.

5. Counsel for Defendant represents that additional time is needed in order to properly review Plaintiff's response and prepare an appropriate Reply.

6. This motion is filed in good faith for the reasons stated and not for purpose of delay.

7. Plaintiff's counsel indicates he will not object to this Motion for Extension of Time.

8. Defendant requests an additional seven (7) days or until **August 10, 2023** to file their Reply to Plaintiff's Response.

WHEREFORE, Defendant City of Charlotte hereby respectfully requests that this Motion for Extension of Time be GRANTED and for an Order enlarging the time to Reply to Plaintiff's Response by seven (7) days, or until **August 10, 2023**.

This the 28th day of July, 2023.

**CRANFILL SUMNER LLP**

BY: */s/Stephanie H. Webster*
Stephanie H. Webster, NC Bar No. 12164
Ariella M. Zulman, NC Bar No. 55047
*Attorneys for Defendant City of Charlotte*
Post Office Box 30787
Charlotte, North Carolina 28230
Telephone: (704) 332-8300
Facsimile: (704) 332-9994
swebster@cshlaw.com
azulman@cshlaw.com

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically filed the foregoing DEFENDANT CITY OF CHARLOTTE'S MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE with the Clerk of Court using the CM/ECF system which will send electronic notification of the filing to the following:

M. Shane Perry
Collum & Perry
109 W. Statesville Ave.,
Mooresville, NC 28115
shane@collumperry.com
*Attorney for Plaintiff*

This the 28th day of July, 2023.

CRANFILL SUMNER LLP

BY: */s/Stephanie H. Webster*
Stephanie H. Webster, NC Bar No. 12164
Ariella M. Zulman, NC Bar No. 55047
*Attorneys for Defendant City of Charlotte*
Post Office Box 30787
Charlotte, North Carolina 28230
Telephone: (704) 332-8300
Facsimile: (704) 332-9994
swebster@cshlaw.com
azulman@cshlaw.com