# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:23-CV-083-MOC-DCK

| | |
|---|---|
| **STEPHANIE WALKER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **CITY OF CHARLOTTE, NORTH CAROLINA,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant City Of Charlotte's Motion For Extension Of Time To Reply To Plaintiff's Response" (Document No. 17) filed July 28, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant City Of Charlotte's Motion For Extension Of Time To Reply To Plaintiff's Response" (Document No. 17) is **GRANTED**. Defendant shall have up to and including **August 10, 2023** to file a reply in support of "Defendant City Of Charlotte's Motion To Dismiss Plaintiff's Amended Complaint" (Document No. 15).

**SO ORDERED**.

Signed: July 28, 2023

David C. Keesler
United States Magistrate Judge