UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 3:23-cv-83-MOC

| | |
|---|---|
| STEPHANIE WALKER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF CHARLOTTE, )<br>)<br>Defendant. ) | **DEFENDANT CITY OF CHARLOTTE'S MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S AMENDED COMPLAINT** |

COMES NOW, Defendant City of Charlotte (hereinafter "Defendant"), by and through undersigned counsel, and hereby respectfully moves the Court pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1 for an Order extending the time for Defendant to Answer or otherwise respond to Plaintiff's Amended Complaint for twenty-one (21) additional days for good cause shown, up to and including **January 8, 2024** be allowed.

In support of this Motion for Extension of Time, Defendant states as follows:

1. On May 2, 2023, Plaintiff filed an Amended Complaint [Doc. 14].

2. Counsel for Defendant Waived Service of Summons as of May 17, 2023.

3. On July 17, 2023 Defendant timely responded to the Amended Complaint with its Motion to Dismiss and supporting Memorandum of Law [Doc. 15].

4. On December 4, 2023, this court entered an Order denying Defendant's Motion to Dismiss [Doc. 20]. Defendant's deadline to Answer is currently due on December 18, 2023.

5. Counsel for Defendant represents that additional time is needed in order to properly review Plaintiff's Amended Complaint, confer with their client, and prepare an appropriate Answer.

6. This motion is filed in good faith for the reasons stated and not for purpose of delay.

7. Plaintiff's counsel indicated to undersigned counsel that he does not oppose this Motion for Extension of Time.

8. Defendant requests an additional twenty-one (21) days or until **January 8, 2024** to Answer or otherwise respond to Plaintiff's Amended Complaint.

WHEREFORE, Defendant City of Charlotte hereby respectfully requests that this Motion for Extension of Time be GRANTED and for an Order enlarging the time to Answer or otherwise respond to Plaintiff's Amended Complaint by twenty-one (21) days, or until **January 8, 2024**.

This the 5th day of December, 2023.

**CRANFILL SUMNER LLP**

BY: */s/Stephanie H. Webster*
Stephanie H. Webster, NC Bar No. 12164
Ariella M. Zulman, NC Bar No. 55047
*Attorneys for Defendant City of Charlotte*
Post Office Box 30787
Charlotte, North Carolina 28230
Telephone: (704) 332-8300
Facsimile: (704) 332-9994
swebster@cshlaw.com
azulman@cshlaw.com

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned has this day electronically filed the foregoing DEFENDANT CITY OF CHARLOTTE'S MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S AMENDED COMPLAINT with the Clerk of Court using the CM/ECF system which will send electronic notification of the filing to the following:

M. Shane Perry
Collum & Perry
109 W. Statesville Ave.,
Mooresville, NC 28115
shane@collumperry.com
*Attorney for Plaintiff*

This the 5th day of December, 2023.

                                **CRANFILL SUMNER LLP**

                BY:   */s/Stephanie H. Webster*
                          Stephanie H. Webster, NC Bar No. 12164
                          Ariella M. Zulman, NC Bar No. 55047
                          *Attorneys for Defendant City of Charlotte*
                          Post Office Box 30787
                          Charlotte, North Carolina 28230
                          Telephone: (704) 332-8300
                          Facsimile: (704) 332-9994
                          swebster@cshlaw.com
                          azulman@cshlaw.com