# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## Charlotte Division
## CERTIFICATION OF ADR SESSION

Stephanie Walker
    Plaintiff

v.                                                     Case No: 3:23-CV-00083-MOC-DCK

City of Charlotte, NC,
    Defendant.

Instructions: This certificate shall be filed by the mediator reporting the outcome of the mediated settlement conference.

____The parties advised that the matter was resolved before mediation.

I hereby certify that the parties have held an Alternate Dispute Resolution session on

__June 18, 2024__.

The ADR session was:

__x__ Mediation Session

____ Early Neutral Evaluation Session

____ Settlement Officer

____ Other (Describe type of session). _____

The following individuals, parties, corporate representatives, and or claims professionals attended and were available to participate in the session, and the appropriate individuals possessed the requisite settlement authority:

__x__ All individual parties and their counsel.

__x__ Designated corporate representatives

____ Required claims professionals were available by telephone

____ Other (Describe). _____

The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or failed to participate as ordered:

_____

_____

The outcome of the ADR session was:

___ The case has been completely settled. Counsel will promptly notify the Court of settlement by the filing of a stipulation of dismissal signed by the parties subject to the finalizing of the required documents.

___ The case has been partially resolved. Counsel will file a joint stipulation regarding those claims which have been resolved within ten (10) days of the filing of this report. The report shall also contain a brief summary of the issues which remain for the Court to resolve.

__x_ The parties have reached an impasse.

I certify that the above is a true and accurate report of the ADR process and that all parties will receive an electronic copy of this report.

This the 18th day of June, 2024.

M. Ann Anderson
Mediator

*M. Ann Anderson* (signature)

M. Ann Anderson
Attorney at Law
Mediator
State Bar No. 9677
PO Box 93
Pilot Mountain, NC 27041
336-368-9621