UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 3:23-cv-83

| | |
|---|---|
| STEPHANIE WALKER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF CHARLOTTE, )<br>)<br>Defendant. ) | **DEFENDANT CITY OF CHARLOTTE'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Fed. R. Civ. P. 56** |

NOW COMES, Defendant City of Charlotte, and respectfully submits this Motion for Summary Judgment, pursuant to Federal Rules of Civil Procedure 56 and Local Civil Rule 7.1, by and through undersigned counsel, for an Order granting summary judgment in Defendant's favor and dismissing Plaintiff's Amended Complaint [DE-14] with prejudice. The Defendant respectfully contends that the pleadings, deposition testimony, and exhibits/discovery establish that there is no genuine issue of material fact and that Defendant is entitled to judgment as a matter of law.

The grounds for Defendant's Motion for Summary Judgment are explained in further detail in the accompanying Memorandum of Law.

WHEREFORE, Defendant asks that the Court enter Summary Judgment on behalf of the Defendant as to all of Plaintiff's claims.

This the 13th day of September, 2024.

                                  **CRANFILL SUMNER LLP**

                    BY:    */s/ Stephanie H. Webster*
                                Stephanie H. Webster, NC Bar No. 12164
                                Ariella Z. Walsh, NC Bar No. 55047
                                *Attorneys for Defendant City of Charlotte*
                                Post Office Box 30787
                                Charlotte, North Carolina 28230

Telephone: (704) 332-8300
Facsimile: (704) 332-9994
swebster@cshlaw.com
awalsh@cshlaw.com

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically filed the foregoing **DEFENDANT CITY OF CHARLOTTE'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will send electronic notification of the filing to the following:

M. Shane Perry
Collum & Perry
109 W. Statesville Ave.,
Mooresville, NC 28115
shane@collumperry.com
*Attorney for Plaintiff*

This the 13th day of September, 2024.

                                      **CRANFILL SUMNER LLP**

BY: */s/ Stephanie H. Webster*
Stephanie H. Webster, NC Bar No. 12164
Ariella Z. Walsh, NC Bar No. 55047
*Attorneys for Defendant City of Charlotte*
Post Office Box 30787
Charlotte, North Carolina 28230
Telephone: (704) 332-8300
Facsimile: (704) 332-9994
swebster@cshlaw.com
awalsh@cshlaw.com