UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-83-MOC

| STEPHANIE WALKER, | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CITY OF CHARLOTTE, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Consent Motion to Continue Docket Call/Trial. (Doc. No. 38). Having considered the matter, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Continue Docket Call/Trial, (Doc. No. 38), is **GRANTED**. The matter is **CONTINUED** to the next available civil term, and all concordant pretrial deadlines are similarly delayed for a corresponding amount of time.

Signed: December 10, 2024

Max O. Cogburn Jr.
United States District Judge