UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 3:23-cv-83-MOC

| | | |
|---|---|---|
| STEPHANIE WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **RESPONSE TO PLAINTIFF'S MOTION** |
| v. | ) | **TO CONTINUE PRETRIAL** |
| | ) | **DEADLINES** |
| CITY OF CHARLOTTE, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, Defendant City of Charlotte, through undersigned counsel, and respectfully submits this Response to Plaintiff's Motion to Continue Pretrial Deadlines [Doc. 40]. Defendant City of Charlotte does not oppose the Plaintiff's Motion to Continue Pretrial Deadlines.

This the 23rd day of January, 2025.

CRANFILL SUMNER LLP

BY:     /s/Stephanie H. Webster
Stephanie H. Webster, NC Bar No. 12164
Ariella Z. Walsh, NC Bar No. 55047
*Attorneys for Defendant City of Charlotte*
Post Office Box 30787
Charlotte, North Carolina 28230
Telephone: (704) 332-8300
Facsimile: (704) 332-9994
swebster@cshlaw.com
awalsh@cshlaw.com

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically filed the foregoing **RESPONSE TO PLAINTIFF'S MOTION TO CONTINUE PRETRIAL DEADLINES** with the Clerk of Court using the CM/ECF system which will send electronic notification of the filing to the following:

M. Shane Perry
Collum & Perry
109 W. Statesville Ave.
Mooresville, NC 28115
shane@collumperry.com
*Attorney for Plaintiff*

This the 23<u>rd</u> day of January, 2025.

**CRANFILL SUMNER LLP**

BY:     */s/Stephanie H. Webster*
Stephanie H. Webster, NC Bar No. 12164
Ariella Z. Walsh, NC Bar No. 55047
*Attorneys for Defendant City of Charlotte*
Post Office Box 30787
Charlotte, North Carolina 28230
Telephone: (704) 332-8300
Facsimile: (704) 332-9994
swebster@cshlaw.com
awalsh@cshlaw.com

4922-3004-8018, v. 1