# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Stephanie Walker**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:23-cv-00083-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Charlotte, North Carolina**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 1, 2025 Order.

April 1, 2025

Katherine Hord Simon, Clerk
United States District Court