UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-83

| | |
|---|---|
| **STEPHANIE WALKER**<br><br>**Plaintiff**<br><br>v.<br><br>**CITY OF CHARLOTTE, NORTH CAROLINA**<br><br>**Defendant.** | **NOTICE OF APPEAL** |

**NOTICE** is hereby given that Plaintiff in the above-named case, Stephanie Walker, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Final Order and Judgment, entered in this action on 1 April 2025.

**TODAY** is April 1, 2025.

                         **WILLIAMS & PERRY**

By:    */s/ M. Shane Perry*
          M. Shane Perry
          NC Bar No. 35498
          109 W. Statesville Ave.
          Mooresville, NC 28115
          shane@williamsperry.com
          *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:21-CV-83

| | |
|---|---|
| STEPHANIE WALKER<br><br>**Plaintiff**<br><br>v.<br><br>CITY OF CHARLOTTE, NORTH CAROLINA<br><br>**Defendant.** | **NOTICE OF APPEAL** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically via CM/ECF with the United States District Court, Western District of North Carolina, with notification being sent electronically to all counsel of record.

**TODAY** is April 1, 2025.

                              **WILLIAMS & PERRY**

By:    */s/ M. Shane Perry*
        M. Shane Perry
        NC Bar No. 35498
        109 W. Statesville Ave.
        Mooresville, NC 28115
        shane@williamsperry.com
        *Attorney for Plaintiff*