# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:23-CV-083-MOC-DCK

| | |
|---|---|
| STEPHANIE WALKER, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| CITY OF CHARLOTTE, NORTH ) | |
| CAROLINA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's "Motion For Transcript At Public Expense" (Document No. 49) filed April 11, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and following consultation with the Honorable Max O. Cogburn, Jr.'s chambers, the undersigned will grant the motion.

The undersigned notes that United States Court of Appeals for the Fourth Circuit recently granted leave for Plaintiff to proceed *in forma pauperis*. (Document No. 48). Plaintiff, through counsel, asserts "the need for the transcripts to be paid at public expense". (Document No. 49-1, p. 1) (citing 28 U.S.C. § 753(f)) ("Fees for transcripts furnished in other proceedings to persons permitted to appeal in forma pauperis shall also be paid by the United States if the trial judge or a circuit judge certifies that the appeal is not frivolous (but presents a substantial question)).

Based on Plaintiff's cited legal authority, the undersigned will allow the requested relief.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's "Motion For Transcript At Public Expense" (Document No. 49) is **GRANTED**. Plaintiff's Transcript Requests (Document Nos. 50 and 51) shall be allowed at public expense.

**SO ORDERED**.

Signed: April 11, 2025

David C. Keesler
United States Magistrate Judge