**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:23-CV-083-MOC-DCK**

| | | |
|---|---|---|
| STEPHANIE WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHARLOTTE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Withdraw" (Document No. 26) filed May 6, 2026, by Defendant's counsel Ariella Z. Walsh. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting the consent of Defendant and of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Motion To Withdraw" (Document No. 26) is **GRANTED**. Ariella Z. Walsh's representation of Defendant in this matter is terminated. Defendant will continue to be represented by counsel of record Stephanie H. Webster.

**SO ORDERED**.

Signed: May 8, 2026

David C. Keesler
United States Magistrate Judge