UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 3:23-cv-83-MOC-DCK

| | | |
|---|---|---|
| STEPHANIE WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT CITY OF** |
| v. | ) | **CHARLOTTE'S MOTION TO** |
| | ) | **DISQUALIFY PLAINTIFF'S COUNSEL** |
| CITY OF CHARLOTTE, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the undersigned, as counsel for Defendant City of Charlotte, and hereby moves the Court pursuant to this Court's inherent authority and North Carolina Rule of Professional Conduct 3.7(a), for an order disqualifying Plaintiff's Counsel, M. Shane Perry, from acting as counsel of record in this matter due to a conflict of interest.

Undersigned counsel has conferred with Plaintiff's counsel who opposes this Motion.

The grounds for Defendant's Motion to Disqualify Plaintiff's Counsel are explained in further detail in the accompanying Memorandum of Law.

WHEREFORE, Defendant respectfully requests that the Court enter an Order disqualifying Plaintiff's Counsel from representing Plaintiff in this matter.

This the 12th day of June, 2026.

**CRANFILL SUMNER LLP**

BY:  */s/ Stephanie H. Webster*
Stephanie H. Webster, NC Bar No. 12164
*Attorneys for Defendant City of Charlotte*
Post Office Box 30787
Charlotte, North Carolina 28230
Telephone: (704) 332-8300
Facsimile: (704) 332-9994
swebster@cshlaw.com

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that the undersigned has this day electronically filed the foregoing **DEFENDANT CITY OF CHARLOTTE'S MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL** with the Clerk of Court using the CM/ECF system which will send electronic notification of the filing to the following:

M. Shane Perry
Collum & Perry
109 W. Statesville Ave.,
Mooresville, NC 28115
shane@collumperry.com
*Attorney for Plaintiff*

This the 12th day of June, 2026.

**CRANFILL SUMNER LLP**

BY:    */s/ Stephanie H. Webster*
       Stephanie H. Webster, NC Bar No. 12164
       *Attorneys for Defendant City of Charlotte*
       Post Office Box 30787
       Charlotte, North Carolina 28230
       Telephone: (704) 332-8300
       Facsimile: (704) 332-9994
       swebster@cshlaw.com